| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 2 | ANTONIO J. PATACA<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 1:15-CR-00248-001 |
| | Plaintiff, | STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE |
| | v. | DATE: June 1, 2021 |
| SOUPHAPHONE PHANOMSACK | | TIME: 2:00 P.M.<br>COURT: Hon. Sheila K. Oberto |
| | Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on June 1, 2021.

2. By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to June 15, 2021, at 2:00 PM, before the Honorable Stanley A. Boone, to allow time for defense review of the discovery, investigation, and settlement discussions. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

1

| | | |
|---|---|---|
| 1 | Dated: May 28, 2021 | PHILLIP A. TALBERT |
| 2 | | Acting United States Attorney |
| 3 | | /s/ ANTONIO J. PATACA |
| 4 | | ANTONIO J. PATACA<br>Assistant United States Attorney |
| 5 | | |
| 6 | Dated: May 28, 2021 | /s/ CARRIE MCCREARY |
| 7 | | CARRIE MCCREARY<br>Counsel for Defendant |
| 8 | | BRYAN GENE ASH |

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until June 15, 2021, at 2:00 PM, before the Honorable Stanley A. Boone.

IT IS SO ORDERED.

Dated: **May 28, 2021**　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE